UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-02714-SI<br><br>**ORDER GRANTING MOTION TO INTERVENE AS DEFENDANTS**<br><br>Re: Dkt. No. 24 |

　　　　Before the Court is the unopposed motion of Croplife America, et al. to intervene as defendants. The Court hereby GRANTS the motion to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). The seven intervenor defendants – Croplife America, American Seed Trade Association, Agricultural Retailers Association, American Soybean Association, National Cotton Council of America, National Corn Growers Association, and National Association of Wheat Growers – will be treated as one party represented by the same counsel.

　　　　**IT IS SO ORDERED**.

Dated: October 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge