# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 23-cv-2714-SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR PLAINTIFFS' MOTION TO COMPLETE OR SUPPLEMENT ADMINISTRATIVE RECORD AND DEFENDANTS' RESPONSE** |

Having considered Plaintiffs' and Defendants' Stipulated Request to Enlarge Time and supporting papers, the Court hereby ORDERS that the Stipulated Request is GRANTED. Plaintiffs' Motion to Complete Administrative Record is due November 24, 2023. Defendants' Response is due December 8, 2023. Plaintiffs' reply is due December 15, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 20, 2023

_____
Honorable Susan Illston
United States Senior District Judge