UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02714-SI<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING** |

A hearing on the parties' cross motions for summary judgment is scheduled for November 8, 2024. In anticipation of that hearing, the Court requests that plaintiffs and defendant Environmental Protection Agency ("EPA") file supplemental briefing that addresses the following issue: considering Ninth Circuit precedent regarding what constitutes a "public hearing" under 7 U.S.C. § 136n(b), does the district court have subject matter jurisdiction to hear plaintiffs' claims? *See, e.g., United Farm Workers of Am., AFL-CIO v. Adm'r, E.P.A.*, 592 F.3d 1080, 1082-84 (9th Cir. 2010); *Ctr. for Biological Diversity v. Env't Prot. Agency*, 847 F.3d 1075, 1088-89 (9th Cir. 2017).

The Court instructs plaintiffs and defendant EPA to submit briefs no longer than 10 pages addressing this question by Friday, October 18, 2024.

**IT IS SO ORDERED**.

Dated: October 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge